```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

_____
                                            :
BRIAN KEITH BRAGG,                          :
                                            :
      Plaintiff,                            :    Civ. No. 15-7507 (NLH)
                                            :
  v.                                        :    ORDER
                                            :
ARAMARK FOOD SERVICE, et al.,               :
                                            :
      Defendants.                           :
_____:

    For the reasons expressed in the accompanying Opinion,

    IT IS on this  27th  day of  October , 2015,

    ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

    ORDERED that the Clerk of the Court shall supply to Plaintiff FOUR blank forms entitled "Affidavit of Poverty and Account Certification (Civil Rights) (DNJ-ProSe-007-A-(Rev.05/2013))," to be used by Plaintiff and any co-plaintiffs in any future application to proceed in forma pauperis; and it is further

    ORDERED that if Plaintiff wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

    Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101,

within 45 days after the date of entry of this Order; and it is further

    ORDERED that Plaintiff's writing shall include either (1) a complete in forma pauperis application for each plaintiff seeking in forma pauperis status, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which each prisoner is or was confined, or (2) the $350 filing fee plus the $50 administrative fee; and it is further

    ORDERED that, to the extent Plaintiff asserts that prison officials have refused to provide the certified account statement, any such assertion must be supported by an affidavit detailing the circumstances of Plaintiff's request for a certified account statement and the prison officials' refusal to comply, including the dates of such events and the names of the individuals involved; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

    \_\_\_s/ Noel L. Hillman\_\_\_\_\_
    NOEL L. HILLMAN
At Camden, New Jersey    United States District Judge